MEMORANDUM OPINION




No. 04-07-00138-CR



Steven WATSON,


Appellant



v.



The STATE of Texas,


Appellee



From the 186th Judicial District Court, Bexar County, Texas


Trial Court No. 2006-CR-4735


Honorable Maria Teresa Herr, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: April 4, 2007


DISMISSED

 The trial court's certification in this appeal states that the case is a "plea-bargain case, and
the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure
provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of
appeal has not been made part of the record under these rules." Tex. R. App. P. 25.2(d). 

 Appellant's counsel has filed written notice with this court that counsel has reviewed the
record and "can find no right of appeal for Appellant." We construe this notice as an indication that
appellant will not seek to file an amended trial court certification showing that he has the right of
appeal. See Tex. R. App. P. 25.2(d); 37.1; see also Daniels v. State, 110 S.W.3d 174, 177 (Tex.
App.--San Antonio 2003, no pet.). In light of the record presented, we agree with appellant's
counsel that Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is
dismissed.

 PER CURIAM

DO NOT PUBLISH